The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MEDPRO INSURANCE COMPANY,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>NASRA ELMI; ROBERT BLANTON;<br>AESTHETIC REJUVENATION SPA, PLLC;<br>and KRISTINE BRECHT, M.D.,<br><br>　　　　　　　Defendants. | NO. 2:24-cv-00212-RAJ<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION TO CORRECT THE CAPTION |

THIS MATTER came before the Court on Plaintiff The Medical Protective Company's ("MedPro") Motion to Correct the Caption. This Court, being familiar with the files and records herein and having reviewed the following documents:

1. Plaintiff MedPro's Motion to Correct the Caption;

2. Declaration of Donald J. Verfurth in support of Plaintiff MedPro's Motion to Correct the Caption.

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Plaintiff MedPro's Motion to Correct the Caption is GRANTED;

[~~PROPOSED~~] ORDER GRANTING
PLAINTIFF'S MOTION TO CORRECT
THE CAPTION - 1
Case No. 2:24-cv-00212-RAJ

**GORDON REES SCULLY**
**MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

2. Plaintiff MedPro will file Amended forms of the Complaint, all other pleading filed herein, and the proposed summons for all defendants within five days of entry of this order.

3. The Clerk will amend the Caption to substitute The Medical Protective Company for MedPro Insurance Company as Plaintiff.

DATED this 18th day of March, 2024.

_____
The Honorable Richard A. Jones
United States District Judge

[PROPOSED] ORDER GRANTING
PLAINTIFF'S MOTION TO CORRECT
THE CAPTION - 2
Case No. 2:24-cv-00212-RAJ

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822