HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THE MEDICAL PROTECTIVE
COMPANY,

Plaintiff,

v.

NASRA ELMI; ROBERT BLANTON;
AESTHETIC REJUVENATION SPA,
PLLC; AND KRISTINE BRECHT,
M.D.,

Defendants.

Case No. 2:24-cv-00212-RAJ

AMENDED ORDER

## I.     INTRODUCTION

THIS MATTER comes before the Court on Plaintiff's Motion for Summary Judgment (the "Motion," Dkt. # 48).  The Court has reviewed the Motion, the submissions in support of the Motion, and the balance of the record.  This Amended Order supplements and clarifies the Court's June 3, 2026 Order granting the Motion.

Plaintiff requests that the Court lift the stay of proceedings and grant summary judgment for Plaintiff pursuant to Federal Rule of Civil Procedure 56 in light of the final mandate issued by the Washington Supreme Court in the action captioned *Elmi v. Aesthetic Rejuvenation Spa*, Case No. 22-2-10826-6 (the "Underlying Action").

ORDER – 1

Defendants Nasra Elmi and Robert Blanton stipulate to and do not object to the relief requested by Plaintiff.  Defendants Kristine Brecht, M.D. ("Dr. Brecht") and Aesthetic Rejuvenation Spa PLLC ("Aesthetic Rejuvenation") did not timely respond to the Motion, and counsel for these Defendants instead moved to withdraw from representation in this matter.  Dkt. # 47.  Due to the pendency of the motion to withdraw, the Court granted Defendants Dr. Brecht and Aesthetic Rejuvenation 30 days to secure new counsel and an additional 30 days to respond to the Motion (the "Withdrawal Order," Dkt. # 50).  Over 60 days have elapsed since the entry of the Withdrawal Order, and no notice of appearance or responsive filing has been made on behalf of Dr. Brecht or Aesthetic Rejuvenation in this matter.

Accordingly, the Court **LIFTS** the Order staying proceedings in this matter, Dkt. # 46, and **GRANTS** Plaintiff's Motion for Summary Judgment, Dkt. # 48.  Plaintiff is authorized to pay the sum of $1,000,000.00—the limits of the insurance policy Plaintiff issued to Dr. Kristine Brecht—to counsel for plaintiffs in the Underlying Action.  Such payment shall be made within 30 days of the date of this Amended Order and shall fully satisfy Plaintiff's obligations to Dr. Brecht under the operative policy.

Dated this 5th day of June, 2026.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER – 2